# Exhibit B

D $

OPAP IAP30 OCT 12 2012 PATENT & TRADEMARK OFFICE

10/12/12

10/17/2012

103650610

Form PTO-1595 (Rev. 03-11)
OMB No. 0651-0027 (exp. 04/30/201

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

HEET

**PATENTS ONLY**

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**

Barracuda Networks, Inc.

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**

Name: Silicon Valley Bank

Internal Address:

Street Address: 2400 Hanover Street

City: Palo Alto

State: California

Country: USA Zip: 94304

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s) October 3, 2012

☐ Assignment ☐ Merger

☒ Security Agreement ☐ Change of Name

☐ Joint Research Agreement

☐ Government Interest Assignment

☐ Executive Order 9424, Confirmatory License

☐ Other

**4. Application or patent number(s):** ☐ This document is being filed together with a new application.

A. Patent Application No.(s)

B. Patent No.(s)

Refer to Schedule A attached hereto

Additional numbers attached? ☒ Yes ☐ No

**5. Name and address to whom correspondence concerning document should be mailed:**

Name: Thomas Fahey

Internal Address: National Corporate Research, Ltd.

Street Address: 1100 G Street NW Suite 420

City: Washington

State: DC Zip: 20005

Phone Number: (800) 494-5225

Docket Number: F141692

Email Address: tfahey@nationalcorp.com

**6. Total number of applications and patents involved:** 79

**7. Total fee** (37 CFR 1.21(h) & 3.41) $ $3,160

☐ Authorized to be charged to deposit account

☒ Enclosed

☐ None required (government interest not affecting title)

**8. Payment Information**

Deposit Account Number

Authorized User Name

10/17/2012 KNGUYEN1 00000003 5503561
01 FC:8021 3160.00 OP

**9. Signature:**

[signature]

Signature

10/12/12

Date

Matthew R. Pierce

Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: 30

**Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to: Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450**

PATENT
REEL: 029218 FRAME: 0108

## SCHEDULE 6 (a)

## PATENTS

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 1 | EP2 144 420 | 06/22/2011 | WEB APPLICATION SECURITY FILTERING | EP | 08159796.5 | 07/07/2008 | Granted |
| 2 | 5,503,561 | 04/02/1996 | BELIEF-SCAN FALLACY FINDER COMPUTERIZE D FALLACY DETECTION AND DIAGNOSTIC SYSTEM | United States | 08198999 | 02/18/1994 | Granted |
| 3 | 5,796,948 | 08/18/1998 | OFFENSIVE MESSAGE INTERCEPTOR FOR COMPUTER | United States | 08745650 | 11/12/1996 | Granted |
| 4 | 5,999,967 | 12/07/1999 | ELECTRONIC MAIL FILTERING BY ELECTRONIC STAMP | United States | 08910326 | 08/17/1997 | Granted |
| 5 | 6,097,697 | 08/01/2000 | CONGESTION CONTROL | United States | 09118400 | 07/17/1998 | Granted |
| 6 | 6,098,108 | 08/01/2000 | DISTRIBUTED | United States | 09016120 | 01/30/1998 | Granted |

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | DIRECTORY FOR ENHANCED NETWORK COMMUNICATION | | | | |
| 7 | 6,266,701 | 07/24/2001 | APPARATUS AND METHOD FOR IMPROVING THROUGHPUT ON A DATA NETWORK | United States | 08886869 | 07/02/1997 | Granted |
| 8 | 6,324,582 | 11/27/2001 | ENHANCED NETWORK COMMUNICATION | United States | 09176065 | 10/20/1998 | Granted |
| 9 | 6,778,941 | 08/17/2004 | MESSAGE AND USER ATTRIBUTES IN A MESSAGE FILTERING METHOD AND SYSTEM | United States | 10010789 | 11/13/2001 | Granted |
| 10 | 7,010,611 | 03/07/2006 | BANDWIDTH MANAGEMENT SYSTEM WITH MULTIPLE PROCESSING ENGINES | United States | 09612635 | 07/07/2000 | Granted |

PATENT
REEL: 029218 FRAME: 0109

| P | Patent/ Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 11 | 7,093,287 | 08/15/2006 | METHOD AND SYSTEM FOR BUILDING DYNAMIC FIREWALL RULES, BASED ON CONTENT OF DOWNLOADED DOCUMENTS | United States | 09687100 | 10/12/2000 | Granted |
| 12 | 7,093,294 | 08/15/2006 | SYSTEM AND METHOD FOR DETECTING AND CONTROLLING A DRONE IMPLANTED IN A NETWORK ATTACHED DEVICE SUCH AS A COMPUTER | United States | 10002764 | 10/31/2001 | Granted |
| 13 | 7,103,913 | 09/05/2006 | METHOD AND APPARATUS FOR DETERMINATIO N OF THE NON-REPLICATIVE BEHAVIOR OF A MALICIOUS PROGRAM | United States | 10141896 | 05/08/2002 | Granted |

PATENT
REEL: 029218 FRAME: 0111

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 14 | 7,149,222 | 12/12/2006 | INTEGRATED ACCESS POINT NETWORK DEVICE | United States | 09730513 | 12/05/2000 | Granted |
| 15 | 7,149,795 | 12/12/2006 | DISTRIBUTED QUALITY-OF-SERVICE SYSTEM | United States | 09955860 | 09/18/2001 | Granted |
| 16 | 7,254,038 | 08/07/2007 | LOW PROFILE EXPANSION CARD FOR A SYSTEM | United States | 11111319 | 04/21/2005 | Granted |
| 17 | 7,272,155 | 09/18/2007 | CENTRAL POLICY MANAGER | United States | 09950979 | 09/12/2001 | Granted |
| 18 | 7,328,247 | 02/05/2008 | SELF-CONTAINED INSTANT MESSAGING APPLIANCE | United States | 10878794 | 06/28/2004 | Granted |
| 19 | 7,519,727 | 04/14/2009 | BANDWIDTH MANAGEMENT ALGORITHM | United States | 11311866 | 12/19/2005 | Granted |
| 20 | 7,688,815 | 03/30/2010 | METHOD AND SYSTEM FOR A MULTI-STAGE INTERCONNECT SWITCH | United States | 10920789 | 08/17/2004 | Granted |

PATENT
REEL: 029218 FRAME: 0112

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 21 | 7,788,291 | 08/31/2010 | WEB ACCELERATOR APPARATUS, SYSTEM, AND METHOD | United States | 11861034 | 09/25/2007 | Granted |
| 22 | 7,836,267 | 11/16/2010 | OPEN COMPUTER FILES SNAPSHOT. | United States | 11847380 | 08/30/2007 | Granted |
| 23 | 7,861,300 | 12/28/2010 | METHOD AND APPARATUS FOR DETERMINATIO N OF THE NON-REPLICATIVE BEHAVIOR OF A MALICIOUS PROGRAM | United States | 12141165 | 06/18/2008 | Granted |
| 24 | 7,877,789 | 01/25/2011 | E-MAIL STAMPING WITH FROM-HEADER VALIDATION | United States | 11743151 | 05/02/2007 | Granted |
| 25 | 7,898,953 | 03/01/2011 | DEFICIT AND GROUP ROUND ROBIN SCHEDULING FOR EFFICIENT NETWORK TRAFFIC | United States | 12466387 | 05/15/2009 | Granted |

PATENT
REEL: 029218 FRAME: 0113

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | MANAGEMENT | | | | |
| 26 | 7,917,943 | 03/29/2011 | E-MAIL STAMPING WITH ACCREDITED ENTITY NAME | United States | 11566013 | 12/01/2006 | Granted |
| 27 | 7,917,756 | 03/29/2011 | E-MAIL STAMPING WITH FROM-HEADER VALIDATION | United States | 11421748 | 06/01/2006 | Granted |
| 28 | 7,930,428 | 04/19/2011 | VERIFICATION OF DNS ACCURACY IN CACHE POISONING | United States | 12268446 | 11/11/2008 | Granted |
| 29 | 7,970,899 | 06/28/2011 | INTEGRATED DATA FLOW PACKET ADMISSION AND TRAFFIC MANAGEMENT APPARATUS | United States | 11367765 | 03/03/2006 | Granted |
| 30 | 7,974,288 | 07/05/2011 | TUNNELING | United States | 12467007 | 05/15/2009 | Granted |

| P | Patent/ Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | FOR EFFICIENT NETWORK TRAFFIC MANAGEMENT | | | | |

PATENT
REEL: 029218 FRAME: 0114

PATENT
REEL: 029218 FRAME: 0115

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 31 | 7,987,267 | 07/26/2011 | APPARATUS FOR DEFINING A SET OF RULES FOR A PACKET FORWARDING DEVICE | United States | 12551169 | 08/31/2009 | Granted |
| 32 | 7,996,475 | 08/09/2011 | FACILITATING TRANSMISSION OF EMAIL BY CHECKING EMAIL PARAMETERS WITH A DATABASE OF WELL BEHAVED SENDERS | United States | 12167547 | 07/03/2008 | Granted |
| 33 | 8,050,251 | 1/01/2011 | VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION APPARATUS AND METHOD | United States | 12421651 | 04/10/2009 | Granted |
| 34 | 8,069,244 | 11/29/2011 | METHOD FOR DEFINING A SET OF RULES FOR A PACKET FORWARDING | United States | 12551147 | 08/31/2009 | Granted |

PATENT
REEL: 029218 FRAME: 0116

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | DEVICE | | | | |
| 35 | 8,122,493 | 02/21/2012 | FIREWALL BASED ON DOMAIN NAMES | United States | 11657863 | 01/25/2007 | Granted |
| 36 | 8,194,174 | 06/05/2012 | INTERNET-BASED CAMERA FOCUSING METHOD AND APPARATUS | United States | 12511822 | 07/29/2009 | Granted |
| 37 | 8,204,948 | 06/19/2012 | QUERYING A DATABASE AND RECEIVING REPLIES IN IPV6 FORMAT BY UTILIZING WELL KNOWN PORT 53 | United States | 12854871 | 08/11/2010 | Granted |

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 38 | 8,219,644 | 07/10/2012 | REQUESTING A SERVICE OR TRANSMITTING CONTENT AS A DOMAIN NAME SYSTEM RESOLVER | United States | 12167524 | 07/03/2008 | Granted |
| 39 | 2011-0004601 | | MULTI-STREAMED METHOD FOR OPTIMIZING DATE TRANSFER THROUGH PARALLELIZED INTERLACING OF DATA BASED UPON SORTED CHARACTERISTICS TO MINIMIZE LATENCIES INHERENT IN THE SYSTEM | United States | 12497564 | 07/03/2009 | Allowed |

PATENT
REEL: 029218 FRAME: 0117

| P | Patent / Publication Number | Patent Issue Date | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 40 | 2010-0241619 | | BACKUP APPARATUS WITH HIGHER SECURITY AND LOWER NETWORK BANDWIDTH CONSUMPTION | United States | 12408644 | 03/20/2009 | Allowed |

PATENT
REEL: 029218 FRAME: 0118

PATENT
REEL: 029218 FRAME: 0119

**PATENTS PENDING**
**2012-08-28**

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 41 | | 20090052675 | SECURE REMOTE SUPPORT AUTOMATION PROCESS | United States | 11844348 | 08/23/2007 | Pending |
| 42 | | 20090083413 | DISTRIBUTED FREQUENCY DATA COLLECTION VIA DNS | United States | 11903605 | 09/24/2007 | Pending |
| 43 | | 20090216875 | FILTERING SECURE NETWORK MESSAGES WITHOUT CRYPTOGRAP HIC PROCESSES METHOD | United States | 12037746 | 02/26/2008 | Pending |
| 44 | | 20090219392 | POINT OF RECORDATION TERMINAL APPARATUS FOR SENDING HIGH COMPLEXITY IMAGE SEQUENCES OVER AN | United States | 12395437 | 02/27/2009 | Pending |

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | UNRELIABLE LOW-BANDWIDTH CHANNEL | | | | |
| 45 | | 20100011420 | OPERATING A SERVICE ON A NETWORK AS A DOMAIN NAME SYSTEM SERVER | United States | 12167134 | 07/02/2008 | Abandoned |
| 46 | | 20100049848 | DISTRIBUTED FREQUENCY DATA COLLECTION VIA INDICATOR EMBEDDED WITH DNS REQUEST | United States | 12610511 | 11/02/2009 | Pending |
| 47 | | 20100049985 | DISTRIBUTED FREQUENCY DATA COLLECTION VIA DNS NETWORKING | United States | 12610505 | 11/02/2009 | Pending |
| 48 | | 20100131646 | POLICY- | United States | 12323379 | 11/25/2008 | Pending |

| P. | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | MANAGED DNS SERVER FOR TO CONTROL NETWORK TRAFFIC | | | | |

PATENT
REEL: 029218 FRAME: 0121

PATENT
REEL: 029218 FRAME: 0122

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 49 | | 20100174829 | APPARATUS FOR TO PROVIDE CONTENT TO AND QUERY A REVERSE DOMAIN NAME SYSTEM SERVER | United States | 12348917 | 01/06/2009 | Pending |
| 50 | | 20100180027 | CONTROLLING TRANSMISSIO N OF UNAUTHORIZE D UNOBSERVAB LE CONTENT IN EMAIL USING POLICY | United States | 12351812 | 01/10/2009 | Pending |
| 51 | | 20100223466 | SHARED SCALABLE SERVER TO CONTROL CONFIDENTAL EVENT TRAFFIC AMONG RECORDATION TERMINALS, ANALYSIS ENGINES, AND A STORAGE FARM | United States | 12551239 | 08/31/2009 | Pending |

PATENT
REEL: 029218 FRAME: 0123

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | COUPLED VIA A PUBLIC NETWORK | | | | |
| 52 | | 20100250579 | RECALLING SPAM EMAIL OR VIRUSES FROM INBOXES | United States | 12409504 | 03/24/2009 | Pending |
| 53 | | 20100251372 | DEMAND SCHEDULED EMAIL VIRUS AFTERBURNER APPARATUS, METHOD, AND SYSTEM | United States | 12431757 | 04/29/2009 | Pending |
| 54 | | 20100325240 | QUERYING A DATABASE AS A DOMAIN NAME SYSTEM RESOLVER | United States | 12851499 | 08/05/2010 | Abandoned |
| 55 | | 20100332837 | WEB APPLICATION SECURITY FILTERING | United States | 12703148 | 02/09/2010 | Pending |
| 56 | | 20110004750 | HIERARCHICAL SKIPPING METHOD FOR OPTIMIZING DATA TRANSFER THROUGH | United States | 12497563 | 07/03/2009 | Pending |

PATENT
REEL: 029218 FRAME: 0124

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | RETRIEVAL AND IDENTIFICATIO N OF NON-REDUNDANT COMPONENTS | | | | |
| 57 | | 20110035795 | PORT HOPPING AND SEEK YOU PEER TO PEER TRAFFIC CONTROL METHOD AND SYSTEM | United States | 12907573 | 10/19/2010 | Pending |
| 58 | | 20110055895 | SHARED SCALABLE SERVER TO CONTROL CONFIDENTIAL SENSORY EVENT TRAFFIC AMONG RECORDATION TERMINALS, ANALYSIS ENGINES, AND A STORAGE FARM COUPLED VIA A NON-PROPRIETARY COMMUNICATI | United States | 12578008 | 10/13/2009 | Pending |

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | ON CHANNEL | | | | |
| 59 | | 20110173443 | SECURE EXTRANET SERVER | United States | 12685708 | 01/12/2010 | Pending |
| 60 | | 20110225244 | TRACING DOMAINS TO AUTHORITATI VE SERVERS ASSOCIATED WITH SPAM | United States | 12030339 | 02/13/2008 | Pending |
| 61 | | 20110239291 | DETECTING AND THWARTING BROWSER-BASED NETWORK INTRUSION ATTACKS FOR INTELLECTUA L PROPERTY MISAPPROPRIA TION SYSTEM AND METHOD | United States | 12732189 | 03/26/2010 | Pending |

PATENT
REEL: 029218 FRAME: 0126

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 62 | | 20110249680 | RECEPTION APPARATUS FOR VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION AND METHOD | United States | 13166807 | 06/23/2011 | Pending |
| 63 | | 20110249683 | TRANSMISSION APPARATUS FOR VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION AND METHOD | United States | 13166808 | 06/23/2011 | Pending |
| 64 | | 20110258201 | MULTILEVEL INTENT ANALYSIS APPARATUS & METHOD FOR EMAIL FILTRATION | United States | 13175812 | 07/01/2011 | Pending |

PATENT
REEL: 029218 FRAME: 0127

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| 65 | | 20110289434 | CERTIFIED URL CHECKING, CACHING, AND CATEGORIZATI ON SERVICE | United States | 12784471 | 05/20/2010 | Pending |
| 66 | | 20110289575 | DIRECTORY AUTHENTICATI ON METHOD FOR POLICY DRIVEN WEB FILTERING | United States | 12784497 | 05/21/2010 | Pending |
| 67 | | 20110289582 | METHOD FOR DETECTING MALICIOUS JAVASCRIPT | United States | 13152269 | 06/03/2011 | Pending |
| 68 | | 20120017096 | MORE ELEGANT EXASTORE APPARATUS AND METHOD OF OPERATION | United States | 13246386 | 09/27/2011 | Pending |
| 69 | | 20120023112 | METHOD FOR MEASURING SIMILARITY OF DIVERSE BINARY OBJECTS COMPRISING BIT PATTERNS | United States | 12839307 | 07/20/2010 | Pending |
| 70 | | 20120158867 | CLOUD MESSAGE | United States | 12973727 | 12/20/2010 | Pending |

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | TRANSFER APPARATUS TO REDUCE NON-DELIVERY REPORTS | | | | |
| 71 | | 20110258272 | FACILITATING TRANSMISSION OF AN EMAIL OF A WELL BEHAVED SENDER BY EXTRACTING EMAIL PARAMETERS AND QUERYING A DATABASE | United States | 13153327 | 06/03/2011 | Pending |
| 72 | | 20090300012 | MULTILEVEL INTENT ANALYSIS METHOD FOR EMAIL FILTRATION | United States | 12128286 | 05/28/2008 | Pending |
| 73 | | 20110258201 | MULTILEVEL INTENT ANALYSIS APPARATUS & METHOD FOR EMAIL | United States | 13175182 | 07/01/2011 | Pending |

| P | Patent Issue Date | Publication Number | Title | Country | Application Number | Application Date | Status |
|---|---|---|---|---|---|---|---|
| | | | FILTRATION | | | | |

PATENT
REEL: 029218 FRAME: 0129

| | | | Unpublished Applications | | | | |
|---|---|---|---|---|---|---|---|
| 75 | | TBD | PARALLEL TRACING APPARATUS FOR MALICIOUS WEBSITES | United States | 13156340 | 06/09/2011 | Pending |
| 76 | | TBD | System to Embed Enhanced Security/Privacy Functions Into a User Client | United States | 13183403 | 07/14/2011 | Pending |
| 77 | | TBD | System and Web Security Agent Method for CA Reputation Enforcement | United States | 13225371 | 09/02/2011 | Pending |
| 78 | | TBD | Configuring a plurality of diverse devices /services from an adaptive configuration control hyper-server apparatus | United States | 13225428 | 09/03/2011 | Pending |
| 79 | | TBD | Proxy Apparatus for CA Reputation Enforcement in the Middle | United States | 13225432 | 09/03/2011 | Pending |
| 80 | | TBD | Client - Server Transactional Pre-Archival | United States | 13246834 | 09/27/2011 | Pending |

PATENT
REEL: 029218 FRAME: 0131

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Apparatus | | | | |
| 81 | | TBD | Adaptive Concentrating Data Transmission Heap Buffer and Method | United States | 13280268 | 10/24/2011 | Pending |

# PATENT SECURITY AGREEMENT

This PATENT SECURITY AGREEMENT (this "***Agreement***"), dated as of October 3, 2012, is entered into by and among **BARRACUDA NETWORKS, INC.**, a Delaware corporation (the "***Grantor***") and **SILICON VALLEY BANK** (the "***Assignee***"), as Administrative Agent pursuant to (i) that certain Guarantee and Collateral Agreement, dated as of October 3, 2012 (as amended, amended and restated, supplemented, restructured or otherwise modified, renewed or replaced from time to time, the "***Guarantee and Collateral Agreement***"), among the Assignee and the Grantor, and (ii) that certain Credit Agreement, dated as of October 3, 2012 (as amended, amended and restated, supplemented, restructured or otherwise modified, renewed or replaced from time to time, the "***Credit Agreement***"), between, among others, the Grantor, as Borrower, the Assignee, and certain Lenders party thereto.

Capitalized terms not otherwise defined herein have the respective meanings ascribed to them in the Guarantee and Collateral Agreement or the Credit Agreement, as applicable.

WHEREAS, pursuant to the Guarantee and Collateral Agreement, the Grantor has granted in favor of the Assignee a security interest in certain Collateral, including the Patents set forth on Schedule A hereto as of the date hereof.

NOW, THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Grantor and the Assignee hereby agree as follows:

1. Grant of Security Interest

(a) Subject to the terms and conditions of the Guarantee and Collateral Agreement, to evidence further the security interest granted by the Grantor to the Assignee pursuant to the Guarantee and Collateral Agreement, the Grantor hereby grants to the Assignee a security interest in all of the Grantor's right, title and interest in, to and under the Patents, whether now owned or existing or at any time hereafter acquired or arising and wherever located, as collateral security for the prompt and complete payment and performance when due (whether at the stated maturity, by acceleration or otherwise) of such Grantor's Obligations. For the purposes of this Agreement, "Patents" means (i) all letters patent of the United States, any other country or any political subdivision thereof, all reissues and extensions thereof and all goodwill associated therewith, including, without limitation, any of the foregoing referred to on Schedule A hereto, (ii) all applications for letters patent of the United States or any other country and all divisions, continuations and continuations-in-part thereof, including, without limitation, any of the foregoing referred to on Schedule A hereto, and (iii) all rights to obtain any reissues or extensions of the foregoing.

(b) Schedule A hereto contains a true and accurate list of all of the Grantor's federally registered United States Patents existing as of the date hereof.

(c) The security interest granted hereby is granted concurrently and in conjunction with the security interest granted to the Assignee under the Guarantee and Collateral Agreement. In the event that any of the provisions of this Agreement are in conflict with the Guarantee and Collateral Agreement, the provisions of the Guarantee and Collateral Agreement shall govern.

PATENT
REEL: 029218 FRAME: 0132

2. Modifications

This Agreement or any provision hereof may not be changed, waived, or terminated except in accordance with the amendment provisions of the Credit Agreement. In connection with the foregoing, the Grantor authorizes the Assignee, upon notice to the Grantor, to modify this Agreement without obtaining the Grantor's signature to such modification, to the extent that such modification constitutes an amendment of Schedule A hereto, to add any right, title or interest in any Patent owned or subsequently acquired by the Grantor or to delete any reference to any right, title or interest in any Patent in which the Grantor no longer has or claims any right, title or interest. The Grantor additionally agrees to execute any additional agreement or amendment hereto as may be reasonably required by the Assignee from time to time, to subject any such owned or subsequently acquired right, title or interest in any Patent to the security interests and perfection created or contemplated hereby or by the Guarantee and Collateral Agreement.

3. Guarantee and Collateral Agreement.

The security interests granted pursuant to this Agreement are granted in conjunction with the Guarantee and Collateral Agreement and the Grantor hereby acknowledges and affirms that the rights and remedies of the Assignee with respect to the security interest in the Collateral made and granted hereby are supplemental of, and more fully set forth in, the Guarantee and Collateral Agreement, the terms and provisions of which are incorporated by reference herein as if fully set forth herein. In the event of any irreconcilable conflict between the terms of this Agreement and the terms of the Guarantee and Collateral Agreement, the terms of the Guarantee and Collateral Agreement shall control

4. Applicable Law

THIS AGREEMENT AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY, AND SHALL BE CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

5. Counterparts

This Agreement may be executed by one or more of the parties to this Agreement on any number of separate counterparts (including by telecopy or other electronic means), and all of said counterparts taken together shall be deemed to constitute one and the same instrument.

*[Signature page follows.]*

IN WITNESS WHEREOF, each of the undersigned has caused this Agreement to be duly executed and delivered as of the date first above written.

**ASSIGNEE**:

**SILICON VALLEY BANK,**
as Administrative Agent

By: Michael Willard
Name: Michael Willard
Title: Relationship Manager

Address of Assignee:

Silicon Valley Bank
2400 Hanover Street
Palo Alto, CA 94304
Attn: Mr. Michael Willard
Facsimile No.: (650) 320-0016

**GRANTOR:**

**BARRACUDA NETWORKS, INC., a Delaware corporation**

By: ____________________________
Name: David Faugno
Title: Chief Financial Officer

Address of Grantor:

Barracuda Networks, Inc.
3175 S. Winchester Blvd
Campbell, CA 95008
Attention: Chief Financial Officer
Facsimile No.: (866) 670-8599

Signature Page to Patent and Security Agreement

PATENT
REEL: 029218 FRAME: 0135

Schedule A to PATENT SECURITY AGREEMENT

Registrations and Applications for Patents