# Exhibit G

# TEXAS SECRETARY of STATE
# JANE NELSON

**FIND ENTITY NAME SEARCH**

This search was performed with the following search parameter:
**ENTITY NAME :** amazon.com

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 801613481 | Amazon.com LLC | Foreign Limited Liability Company (LLC) | Terminated | Legal | Inactive |
| ○ | 13394206 | AMAZON.COM.KYDC, INC. | Foreign Limited Liability Company (LLC) | Terminated | Legal | Prior |
| ○ | 13394206 | Amazon.com.kydc LLC | Foreign Limited Liability Company (LLC) | Terminated | Legal | Inactive |
| ○ | 802761221 | Amazon.com Services LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802761221 | Amazon.com Services, Inc. | Foreign Limited Liability Company (LLC) | In existence | Legal | Prior |
| ○ | 802832463 | AMAZON.COM SERVICES, INC. | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 800881220 | Amazingaqua.com LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 804262588 | aMAYzingproperties.com LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

[ Return to Order ]  [ New Search ]

Instructions:
🔴 To view additional information pertaining to a particular filing select the number associated with the name.
🔴 To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.