# Exhibit I

**Rundio, Regan J.**

---

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Thursday, January 26, 2023 12:36 PM |
| **To:** | Rundio, Regan J. |
| **Cc:** | MoFo-Amazon-VIAAS; LitigationParalegals; Kyril Talanov |
| **Subject:** | RE: VIAAS Inc. v. https://protect-us.mimecast.com/s/VEixC1wBEMsMw4KgBtLlr9B? domain=amazon.com, Inc. et al., No. 6:22-cv-01041-KC |
| **Attachments:** | Attachments.html |

<mark>External Email</mark>

---

### Citrix Attachments

Expires July 25, 2023

| | |
|---|---|
| VIAAS000001-VIAAS000003.pdf | 604 KB |
| VIAAS000004-VIAAS000005.pdf | 617.4 KB |
| VIAAS000006-VIAAS000007.pdf | 724.4 KB |
| VIAAS000008-VIAAS000021.pdf | 827.6 KB |
| VIAAS000022-VIAAS000027.pdf | 820.4 KB |
| VIAAS000028-VIAAS000029.pdf | 4.6 MB |

**Download Attachments**

Bill Ramey uses Citrix Files to share documents securely.

Hi Brian and Regan,

Attached is production for the case that establishes the assignment history of the patent and asset purchase.  Some of the production is AEO, so please do not share.  As I was telling Brian today, there is no gap in title because Third Iris dissolved and its sole shareholder was Barracuda.

Let me know if you would like to discuss further.

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

---

**From:** Rundio, Regan J. <RRundio@mofo.com>
**Sent:** Friday, January 20, 2023 6:21 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** MoFo-Amazon-VIAAS <MoFo-Amazon-VIAAS@mofo.com>
**Subject:** VIAAS Inc. v. Amazon.com, Inc. et al., No. 6:22-cv-01041-KC

Please see attached.

**Regan Rundio** (he/him)
Associate
rrundio@mofo.com
T +1 (737) 309-0672
M +1 (737) 202-1365

Morrison Foerster
701 Brazos Street, Suite 1100
Austin, TX 78701



============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.