# Exhibit K

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7520988

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |
| SEQUENCE: | 1 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| BARRACUDA NETWORKS, INC. | 08/15/2022 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | UBS AG, STAMFORD BRANCH, AS COLLATERAL AGENT |
| Street Address: | 600 WASHINGTON BOULEVARD |
| City: | STAMFORD |
| State/Country: | CONNECTICUT |
| Postal Code: | 06901 |

**PROPERTY NUMBERS Total: 113**

| Property Type | Number |
|---|---|
| Patent Number: | 7917756 |
| Patent Number: | 7917943 |
| Patent Number: | 7877789 |
| Patent Number: | 8725704 |
| Patent Number: | 8285997 |
| Patent Number: | 8788831 |
| Patent Number: | 9021017 |
| Patent Number: | 8726384 |
| Patent Number: | 8843612 |
| Patent Number: | 8775604 |
| Patent Number: | 8788597 |
| Patent Number: | 8838965 |
| Patent Number: | 9195668 |
| Patent Number: | 7996475 |
| Patent Number: | 8204948 |
| Patent Number: | 8463797 |
| Patent Number: | 8849836 |
| Patent Number: | 9152466 |
| Patent Number: | 8050251 |

| Property Type | Number |
|---|---|
| Patent Number: | 8571042 |
| Patent Number: | 8559450 |
| Patent Number: | 8831030 |
| Patent Number: | 8789178 |
| Patent Number: | 7093287 |
| Patent Number: | 7093294 |
| Patent Number: | 7103913 |
| Patent Number: | 7861300 |
| Patent Number: | 7254038 |
| Patent Number: | 7788291 |
| Patent Number: | 7930428 |
| Patent Number: | 7970899 |
| Patent Number: | 8069244 |
| Patent Number: | 7987267 |
| Patent Number: | 8555365 |
| Patent Number: | 8122493 |
| Patent Number: | 8219644 |
| Patent Number: | 8280895 |
| Patent Number: | 8447856 |
| Patent Number: | 8443193 |
| Patent Number: | 7010611 |
| Patent Number: | 7688815 |
| Patent Number: | 6778941 |
| Patent Number: | 7149222 |
| Patent Number: | 7149795 |
| Patent Number: | 7272155 |
| Patent Number: | 7328247 |
| Patent Number: | 7836267 |
| Patent Number: | 7898953 |
| Patent Number: | 7974288 |
| Patent Number: | 8434140 |
| Patent Number: | 9680818 |
| Patent Number: | 9942050 |
| Patent Number: | 10171582 |
| Patent Number: | 9918346 |
| Patent Number: | 10542572 |
| Patent Number: | 10044677 |
| Patent Number: | 10439990 |

| Property Type | Number |
|---|---|
| Patent Number: | 9465598 |
| Patent Number: | 10333709 |
| Patent Number: | 8527549 |
| Patent Number: | 8977661 |
| Patent Number: | 9262643 |
| Patent Number: | 9373001 |
| Patent Number: | 10083307 |
| Patent Number: | 10860715 |
| Patent Number: | 10050795 |
| Patent Number: | 10778714 |
| Patent Number: | 11356469 |
| Patent Number: | 9755988 |
| Patent Number: | 11068569 |
| Patent Number: | 8484741 |
| Patent Number: | 9224117 |
| Patent Number: | 9881271 |
| Patent Number: | 10623441 |
| Patent Number: | 9699207 |
| Patent Number: | 9871817 |
| Patent Number: | 11145221 |
| Patent Number: | 11050714 |
| Patent Number: | 11074088 |
| Patent Number: | 10778717 |
| Patent Number: | 11159565 |
| Patent Number: | 10761825 |
| Patent Number: | 11126417 |
| Patent Number: | 8042169 |
| Patent Number: | 11250130 |
| Patent Number: | 10574676 |
| Patent Number: | 10404726 |
| Patent Number: | 11025655 |
| Patent Number: | 10958662 |
| Patent Number: | 11134058 |
| Patent Number: | 10834129 |
| Patent Number: | 7519727 |
| Patent Number: | 9472069 |
| Application Number: | 16358503 |
| Application Number: | 17179972 |

| Property Type | Number |
|---|---|
| **Application Number:** | 17338474 |
| **Application Number:** | 16949863 |
| **Application Number:** | 16949864 |
| **Application Number:** | 16898431 |
| **Application Number:** | 17247355 |
| **Application Number:** | 17247356 |
| **Application Number:** | 17210344 |
| **Application Number:** | 16788202 |
| **Application Number:** | 17407523 |
| **Application Number:** | 17392888 |
| **Application Number:** | 17465572 |
| **Application Number:** | 63222278 |
| **Application Number:** | 17684826 |
| **Application Number:** | 63305751 |
| **Application Number:** | 63307825 |
| **Application Number:** | 63305761 |
| **Application Number:** | 17079073 |
| **Application Number:** | 16578630 |

**CORRESPONDENCE DATA**

**Fax Number:**     (202)835-7586

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:**     202-835-7500
**Email:**     dcip@milbank.com
**Correspondent Name:**     JAVIER J. RAMOS
**Address Line 1:**     1850 K STREET, NW, SUITE 1100
**Address Line 2:**     MILBANK, LLP
**Address Line 4:**     WASHINGTON, D.C. 20006

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 37199.00027 |
| **NAME OF SUBMITTER:** | JAVIER J. RAMOS |
| **SIGNATURE:** | /Javier J. Ramos/ |
| **DATE SIGNED:** | 09/03/2022 |

**Total Attachments: 18**
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page1.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page2.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page3.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page4.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page5.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page6.tif

source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page7.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page8.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page9.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page10.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page11.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page12.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page13.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page14.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page15.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page16.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page17.tif
source=10. Project Atlantic - 1L Patent Security Agreement (EXECUTED)#page18.tif

**EXECUTION VERSION**

GRANT OF FIRST LIEN
SECURITY INTEREST IN PATENT RIGHTS

This GRANT OF FIRST LIEN SECURITY INTEREST IN PATENT RIGHTS (this "Agreement"), dated as of August 15, 2022, is made by Barracuda Networks, Inc., a Delaware corporation (the "Grantor"), in favor of UBS AG, Stamford Branch, as collateral agent (in such capacity, the "Collateral Agent") for the benefit of the Secured Parties in connection with that certain First Lien Credit Agreement, dated as of August 15, 2022, among Atlantic Guarantor Inc., a Delaware corporation ("Holdings"), initially, Atlantic Merger Sub LLC, a Delaware limited liability company ("Merger Sub" and, prior to the consummation of the Acquisition, the "Borrower"), which, upon consummation of the Acquisition on the Closing Date, will be merged with and into, Barracuda Parent, LLC, a Delaware limited liability company (following the consummation of the Acquisition, the "Borrower"), the several lenders from time to time party thereto (each, a "Lender" and, collectively, the "Lenders"), the Letter of Credit Issuers from time to time party thereto and UBS AG, Stamford Branch, as the Administrative Agent, the Swingline Lender, a Letter of Credit Issuer, and the Collateral Agent for the benefit of the Secured Parties (as amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement")

WHEREAS, pursuant to the Credit Agreement, the Lenders have severally agreed to make loans to the Borrower and the Letter of Credit Issuers have agreed to issue Letters of Credit, all upon the terms and subject to the conditions set forth therein;

WHEREAS, in connection with the Credit Agreement, the Grantor and any Subsidiaries that become a party thereto have executed and delivered the First Lien Security Agreement, dated as of August 15, 2022, in favor of the Collateral Agent (as amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement"); and

WHEREAS, pursuant to the Security Agreement, the Grantor has granted to the Collateral Agent, for the benefit of the Secured Parties, a lien on and security interest in, all of its right, title and interest in, to and under certain Intellectual Property that is not Excluded Property.

NOW THEREFORE, in consideration of the premises and to induce the Administrative Agent, the Collateral Agent, the Lenders and the Letter of Credit Issuers to enter into the Credit Agreement, to induce the Lenders and the Letter of Credit Issuers to make their respective extensions of credit under the Credit Agreement and to induce one or more Cash Management Banks or Hedge Banks to enter into Secured Cash Management Agreements or Secured Hedge Agreements with the Borrower and/or its Restricted Subsidiaries, the Grantor hereby agrees with the Collateral Agent, for the benefit of the Secured Parties, as follows:

1.     Definitions. Unless otherwise defined herein or the context otherwise requires, terms used in this Agreement, including its preamble and recitals, have the meanings provided or provided by reference in the Credit Agreement or the Security Agreement.

2.     Grant of Security Interest. The Grantor hereby grants a Security Interest in all of the Grantor's right, title and interest in, to and under the Patents that are not Excluded Property (including, without limitation, in, to and under those items listed on Schedule A hereto), including the right to receive all Proceeds therefrom (collectively, the "Collateral"), to the Collateral Agent for the benefit of the Secured Parties as collateral security for the prompt and complete payment and performance when due (whether at the stated maturity, by acceleration or otherwise) in full of the Obligations.

3.     Purpose. This Agreement has been executed and delivered by the Grantor for the purpose of recording the grant of security interest herein with the United States Patent and Trademark Office. The security interest granted hereby has been granted to the Collateral Agent for the benefit of the Secured

Parties in connection with the Security Agreement and is expressly subject to the terms and conditions thereof. The Security Agreement (and all rights and remedies of the Secured Parties thereunder) shall remain in full force and effect in accordance with its terms. The Grantor hereby authorizes and requests that the Commissioner for Patents of the United States Patent and Trademark Office and any other applicable government officer record this Agreement. The Grantor shall, at its sole expense, take all further actions necessary or desirable by the Collateral Agent to record and perfect its security interest in and to the Collateral.

4.    <u>Acknowledgment</u>. The Grantor hereby further acknowledges and affirms that the rights and remedies of the Secured Parties with respect to the Security Interest in the Collateral as it relates to Patents granted hereby are more fully set forth in the Credit Agreement and the Security Agreement, the terms and provisions of which (including the remedies provided for therein) are incorporated by reference herein as if fully set forth herein. In the event of any conflict between the terms of this Agreement and the terms of the Security Agreement, the terms of the Security Agreement shall govern. In the event of any conflict between the terms of this Agreement and the terms of the Credit Agreement, the terms of the Credit Agreement shall govern.

5.    <u>Counterparts</u>. This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together constitute one and the same original. This Agreement may be delivered by facsimile or other electronic transmission of the relevant signature pages hereof. The words "execution," "execute", "signed," "signature," and words of like import in or related to any document to be signed in connection with this Agreement and the transactions contemplated hereby shall be deemed to include electronic signatures, the electronic matching of assignment terms and contract formations on electronic platforms approved by the Administrative Agent, or the keeping of records in electronic form, each of which shall be of the same legal effect, validity or enforceability as a manually executed signature or the use of a paper-based recordkeeping system, as the case may be, to the extent and as provided for in any applicable law, including the Federal Electronic Signatures in Global and National Commerce Act, the New York State Electronic Signatures and Records Act, or any other similar state laws based on the Uniform Electronic Transactions Act.

6.    <u>Governing Law</u>: THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

*[Signature Pages Follow]*

2

PATENT
REEL: 061377 FRAME: 0214

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed and delivered by their respective officers duly authorized as of the day and year first above written.

BARRACUDA NETWORKS, INC.,
as the Grantor

By: _____

Name: Diane Honda
Title:  Vice President, General Counsel and
        Secretary

PATENT
REEL: 061377 FRAME: 0215

**UBS AG, STAMFORD BRANCH**,
as the Collateral Agent

By: _____

Name:  Danielle Caio
Title:  Associate Director


By: _____

Name:  Dionne Robinson
Title:  Associate Director

**PATENT
REEL: 061377 FRAME: 0216**

## SCHEDULE A

### Patent Registrations and Applications

| Grantor | Patent Number | Application Number | Title |
|---|---|---|---|
| Barracuda Networks, Inc. | 7917756 | 11/421,748 | E-MAIL STAMPING WITH FROM-HEADER VALIDATION |
| Barracuda Networks, Inc. | 7917943 | 11/566,013 | E-MAIL STAMPING WITH ACCREDITED ENTITY NAME |
| Barracuda Networks, Inc. | 7877789 | 11/743,151 | E-MAIL STAMPING WITH FROM-HEADER VALIDATION |
| Barracuda Networks, Inc. | 8725704 | 13/246,834 | Client-Server Transactional Pre-Archival Apparatus |
| Barracuda Networks, Inc. | 8285997 | 12/408,644 | BACKUP APPARATUS WITH HIGHER SECURITY AND LOWER NETWORK BANDWIDTH CONSUMPTION |
| Barracuda Networks, Inc. | 8788831 | 13/246,386 | More Elegant Exastore Apparatus and Method of Operation |
| Barracuda Networks, Inc. | 9021017 | 13/225,428 | Configuring a plurality of diverse devices/services from an adaptive configuration control hyper-server apparatus |
| Barracuda Networks, Inc. | 8726384 | 13/091,293 | Apparatus, and system for determining and cautioning users of Internet connected clients of potentially malicious software and method for operating such |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 8843612 | 12/610,505 | DISTRIBUTED FREQUENCY DATA COLLECTION VIA DNS NETWORKING |
| Barracuda Networks, Inc. | 8775604 | 12/610,511 | DISTRIBUTED FREQUENCY DATA COLLECTION VIA INDICATOR EMBEDDED WITH DNS REQUEST |
| Barracuda Networks, Inc. | 8788597 | 12/409,504 | RECALLING SPAM EMAIL OR VIRUSES FROM INBOXES |
| Barracuda Networks, Inc. | 8838965 | 11/844,348 | SECURE REMOTE SUPPORT AUTOMATION PROCESS |
| Barracuda Networks, Inc. | 9195668 | 13/921,089 | Log Access Method Storage Control Apparatus, Archive System, and Method of Operation |
| Barracuda Networks, Inc. | 7996475 | 12/167,547 | FACILITATING TRANSMISSION OF EMAIL BY CHECKING EMAIL PARAMETERS WITH A DATABASE OF WELL BEHAVED SENDERS |
| Barracuda Networks, Inc. | 8204948 | 12/854,871 | QUERYING A DATABASE AND RECEIVING REPLIES IN IPV6 FORMAT BY UTILIZING WELL KNOWN PORT 53 |
| Barracuda Networks, Inc. | 8463797 | 12/839,307 | Method For Measuring Similarity Of Diverse Binary Objects Comprising Bit Patterns |
| Barracuda Networks, Inc. | 8849836 | 13/682,714 | Method For Measuring Similarity Of Diverse Binary Objects Comprising Bit Patterns |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 9152466 | 13/928,092 | Organizing File Events by Their Hierarchical Paths for Multi-Threaded Synch and Parallel Access System, Apparatus, and Method of Operation |
| Barracuda Networks, Inc. | 8050251 | 12/421,651 | VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION APPARATUS AND METHOD |
| Barracuda Networks, Inc. | 8571042 | 13/166,807 | RECEPTION APPARATUS FOR VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION AND METHOD |
| Barracuda Networks, Inc. | 8559450 | 13/166,808 | TRANSMISSION APPARATUS FOR VPN OPTIMIZATION BY DEFRAGMENTATION AND DEDUPLICATION AND METHOD |
| Barracuda Networks, Inc. | 8831030 | 13/960,607 | Transmission Apparatus Operation for VPN Optimization by Defragmentation and Deduplication Method |
| Barracuda Networks, Inc. | 8789178 | 13/152,269 | METHOD FOR DETECTING MALICIOUS JAVASCRIPT |
| Barracuda Networks, Inc. | 7093287 | 09/687,100 | METHOD AND SYSTEM FOR BUILDING DYNAMIC FIREWALL RULES, BASED ON CONTENT OF DOWNLOADED DOCUMENTS |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 7093294 | 10/002,764 | SYSTEM AND METHOD FOR DETECTING AND CONTROLLING A DRONE IMPLANTED IN A NETWORK ATTACHED DEVICE SUCH AS A COMPUTER |
| Barracuda Networks, Inc. | 7103913 | 10/141,896 | METHOD AND APPARATUS FOR DETERMINATION OF THE NON-REPLICATIVE BEHAVIOR OF A MALICIOUS PROGRAM |
| Barracuda Networks, Inc. | 7861300 | 12/141,165 | METHOD AND APPARATUS FOR DETERMINATION OF THE NON-REPLICATIVE BEHAVIOR OF A MALICIOUS PROGRAM |
| Barracuda Networks, Inc. | 7254038 | 11/111,319 | LOW PROFILE EXPANSION CARD FOR A SYSTEM |
| Barracuda Networks, Inc. | 7788291 | 11/861,034 | WEB ACCELERATOR APPARATUS, SYSTEM, AND METHOD |
| Barracuda Networks, Inc. | 7930428 | 12/268,446 | VERIFICATION OF DNS ACCURACY IN CACHE POISONING |
| Barracuda Networks, Inc. | 7970899 | 11/367,765 | INTEGRATED DATA FLOW PACKET ADMISSION AND TRAFFIC MANAGEMENT APPARATUS |
| Barracuda Networks, Inc. | 8069244 | 12/551,147 | METHOD FOR DEFINING A SET OF RULES FOR A PACKET FORWARDING DEVICE |
| Barracuda Networks, Inc. | 7987267 | 12/551,169 | APPARATUS FOR DEFINING A SET OF RULES FOR A PACKET FORWARDING DEVICE |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 8555365 | 12/784,497 | DIRECTORY AUTHENTICATION METHOD FOR POLICY DRIVEN WEB FILTERING |
| Barracuda Networks, Inc. | 8122493 | 11/657,863 | FIREWALL BASED ON DOMAIN NAMES |
| Barracuda Networks, Inc. | 8219644 | 12/167,524 | REQUESTING A SERVICE OR TRANSMITTING CONTENT AS A DOMAIN NAME SYSTEM RESOLVER |
| Barracuda Networks, Inc. | 8280895 | 12/497,564 | MULTI-STREAMED METHOD FOR OPTIMIZING DATA TRANSFER THROUGH PARALLELIZED INTERLACING OF DATA BASED UPON SORTED CHARACTERISTICS TO MINIMIZE LATENCIES INHERENT IN THE SYSTEM |
| Barracuda Networks, Inc. | 8447856 | 12/323,379 | POLICY-MANAGED DNS SERVER FOR TO CONTROL NETWORK TRAFFIC |
| Barracuda Networks, Inc. | 8443193 | 12/859,738 | STATE-MAINTAINED MULTI-PARTY SIGNATURES |
| Barracuda Networks, Inc. | 7010611 | 09/612,635 | BANDWIDTH MANAGEMENT SYSTEM WITH MULTIPLE PROCESSING ENGINES |
| Barracuda Networks, Inc. | 7688815 | 10/920,789 | METHOD AND SYSTEM FOR A MULTI-STAGE INTERCONNECT SWITCH |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 6778941 | 10/010,789 | MESSAGE AND USER ATTRIBUTES IN A MESSAGE FILTERING METHOD AND SYSTEM |
| Barracuda Networks, Inc. | 7149222 | 09/730,513 | INTEGRATED ACCESS POINT NETWORK DEVICE |
| Barracuda Networks, Inc. | 7149795 | 09/955,860 | DISTRIBUTED QUALITY-OF-SERVICE SYSTEM |
| Barracuda Networks, Inc. | 7272155 | 09/950,979 | CENTRAL POLICY MANAGER |
| Barracuda Networks, Inc. | 7328247 | 10/878,794 | SELF-CONTAINED INSTANT MESSAGING APPLIANCE |
| Barracuda Networks, Inc. | 7836267 | 11/847,380 | OPEN COMPUTER FILES SNAPSHOT. |
| Barracuda Networks, Inc. | 7898953 | 12/466,387 | DEFICIT AND GROUP ROUND ROBIN SCHEDULING FOR EFFICIENT NETWORK TRAFFIC MANAGEMENT |
| Barracuda Networks, Inc. | 7974288 | 12/467,007 | TUNNELING FOR EFFICIENT NETWORK TRAFFIC MANAGEMENT |
| Barracuda Networks, Inc. | 8434140 | 12/907,573 | PORT HOPPING AND SEEK YOU PEER TO PEER TRAFFIC CONTROL METHOD AND SYSTEM |
| Barracuda Networks, Inc. | 9680818 | 14/858,943 | METHOD AND APPARATUS FOR BULK AUTHENTICATION AND LOAD BALANCING OF NETWORKED APPLIANCES |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 9942050 | 15/586,213 | METHOD AND APPARATUS FOR BULK AUTHENTICATION AND LOAD BALANCING OF NETWORKED DEVICES |
| Barracuda Networks, Inc. | 10171582 | 15/012,663 | METHOD AND APPARATUS FOR CLIENT TO CONTENT APPLIANCE (CA) SYNCHRONIZATION |
| Barracuda Networks, Inc. | 9918346 | 15/130,923 | SYSTEM FOR CONNECTING, SECURING AND MANAGING NETWORK DEVICES WITH A DEDICATED PRIVATE VIRTUAL NETWORK |
| Barracuda Networks, Inc. | 10542572 | 15/881,019 | SYSTEM FOR CONNECTING, SECURING AND MANAGING NETWORK DEVICES WITH A DEDICATED PRIVATE VIRTUAL NETWORK |
| Barracuda Networks, Inc. | 10044677 | 15/222,794 | SYSTEM AND METHOD TO CONFIGURE A FIREWALL FOR ACCESS TO A CAPTIVE NETWORK |
| Barracuda Networks, Inc. | 10439990 | 16/031,963 | SYSTEM AND METHOD TO CONFIGURE A FIREWALL FOR ACCESS TO A CAPTIVE NETWORK |
| Barracuda Networks, Inc. | 9465598 | 13/920,682 | DEPLOYMENT OF BRANDED SOFTWARE |
| Barracuda Networks, Inc. | 10333709 | 15/377,178 | METHOD AND APPARATUS TO SUPPORT BINARY PACKING OF JSON DATA |

| Barracuda Networks, Inc. | 8527549 | 13/031,628 | CLOUD BASED OPERATING AND VIRTUAL FILE SYSTEM |
|---|---|---|---|
| Barracuda Networks, Inc. | 8977661 | 13/726,643 | SYSTEM, METHOD AND COMPUTER READABLE MEDIUM FOR FILE MANAGEMENT |
| Barracuda Networks, Inc. | 9262643 | 13/726,641 | ENCRYPTING FILES WITHIN A CLOUD COMPUTING ENVIRONMENT |
| Barracuda Networks, Inc. | 9373001 | 14/203,683 | DISTRIBUTED ENCRYPTION AND ACCESS CONTROL SCHEME IN A CLOUD ENVIRONMENT |
| Barracuda Networks, Inc. | 10083307 | 15/147,277 | DISTRIBUTED ENCRYPTION AND ACCESS CONTROL SCHEME IN A CLOUD ENVIRONMENT |
| Barracuda Networks, Inc. | 10860715 | 15/600,511 | METHOD AND APPARATUS FOR PROACTIVELY IDENTIFYING AND MITIGATING MALWARE ATTACKS VIA HOSTED WEB ASSETS |
| Barracuda Networks, Inc. | 10050795 | 15/077,965 | ROBUST RESTORATION OF PASSPHRASES FROM PARTIAL INFORMATION |
| Barracuda Networks, Inc. | 10778714 | 15/920,855 | METHOD AND APPARATUS FOR GENERATING CYBER SECURITY THREAT INDEX |
| Barracuda Networks, Inc. | 11356469 | 16/899,570 | METHOD AND APPARATUS FOR ESTIMATING MONETARY IMPACT OF CYBER ATTACKS |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 9755988 | 14/338,808 | METHOD AND SYSTEM FOR ARBITRAGING COMPUTER RESOURCES IN A CLOUD COMPUTING ENVIRONMENT |
| Barracuda Networks, Inc. | 11068569 | 15/993,218 | METHOD AND APPARATUS FOR HUMAN ACTIVITY TRACKING AND AUTHENTICITY VERIFICATION OF HUMAN-ORIGINATED DIGITAL ASSETS |
| Barracuda Networks, Inc. | 8484741 | 13/360,420 | SOFTWARE SERVICE TO FACILITATE ORGANIZATIONAL TESTING OF EMPLOYEES TO DETERMINE THEIR POTENTIAL SUSCEPTIBILITY TO PHISHING SCAMS |
| Barracuda Networks, Inc. | 9224117 | 13/934,850 | SOFTWARE SERVICE TO FACILITATE ORGANIZATIONAL TESTING OF EMPLOYEES TO DETERMINE THEIR POTENTIAL SUSCEPTIBILITY TO PHISHING SCAMS |
| Barracuda Networks, Inc. | 9881271 | 14/945,085 | SOFTWARE SERVICE TO FACILITATE ORGANIZATIONAL TESTING OF EMPLOYEES TO DETERMINE THEIR POTENTIAL SUSCEPTIBILITY TO PHISHING SCAMS |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 10623441 | 15/883,073 | SOFTWARE SERVICE TO FACILITATE ORGANIZATIONAL TESTING OF EMPLOYEES TO DETERMINE THEIR POTENTIAL SUSCEPTIBILITY TO PHISHING SCAMS |
| Barracuda Networks, Inc. | 9699207 | 15/015,482 | SOCIAL ENGINEERING SIMULATION WORKFLOW APPLIANCE |
| Barracuda Networks, Inc. | 9871817 | 15/610,884 | SOCIAL ENGINEERING SIMULATION WORKFLOW APPLIANCE |
| Barracuda Networks, Inc. | N/A | 16/358,503 | METHOD AND APPARATUS FOR TRAINING EMAIL RECIPIENTS AGAINST PHISHING ATTACKS USING REAL THREATS IN REALTIME |
| Barracuda Networks, Inc. | 11145221 | 16/358,537 | METHOD AND APPARATUS FOR NEUTRALIZING REAL CYBER THREATS TO TRAINING MATERIALS |
| Barracuda Networks, Inc. | 11050714 | 16/170,859 | SYSTEM AND METHOD OF UTILIZING NETWORK SECURITY DEVICES FOR INDUSTRIAL DEVICE PROTECTION AND CONTROL |
| Barracuda Networks, Inc. | N/A | 17/179,972 | SYSTEM AND METHOD OF UTILIZING NETWORK SECURITY DEVICES FOR INDUSTRIAL DEVICE PROTECTION AND CONTROL |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 11074088 | 16/268,264 | SYSTEM AND METHOD OF UTILIZING SECURITY DEVICE PLUGIN FOR EXTERNAL DEVICE MONITORING AND CONTROL IN A SECURED ENVIRONMENT |
| Barracuda Networks, Inc. | N/A | 17/338,474 | SYSTEM AND METHOD OF UTILIZING SECURITY DEVICE PLUGIN FOR EXTERNAL DEVICE MONITORING AND CONTROL IN A SECURED ENVIRONMENT |
| Barracuda Networks, Inc. | 10778717 | 16/363,596 | SYSTEM AND METHOD FOR EMAIL ACCOUNT TAKEOVER DETECTION AND REMEDIATION |
| Barracuda Networks, Inc. | 11159565 | 16/947,074 | SYSTEM AND METHOD FOR EMAIL ACCOUNT TAKEOVER DETECTION AND REMEDIATION |
| Barracuda Networks, Inc. | N/A | 16/949,863 | SYSTEM AND METHOD FOR EMAIL ACCOUNT TAKEOVER DETECTION AND REMEDIATION UTILIZING AI MODELS |
| Barracuda Networks, Inc. | N/A | 16/949,864 | SYSTEM AND METHOD FOR EMAIL ACCOUNT TAKEOVER DETECTION AND REMEDIATION UTILIZING ANONYMIZED DATASETS |
| Barracuda Networks, Inc. | 10761825 | 16/370,780 | SYSTEM AND METHOD FOR APPLICATION PLUG-IN DISTRIBUTION |
| Barracuda Networks, Inc. | 11126417 | 16/947,075 | SYSTEM AND METHOD FOR APPLICATION PLUG-IN DISTRIBUTION |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | 8042169 | 11/550,259 | METHOD FOR PROVIDING REMOTE MANAGEMENT OF COMPUTER SYSTEMS |
| Barracuda Networks, Inc. | 11250130 | 16/549,978 | METHOD AND APPARATUS FOR SCANNING GINORMOUS FILES |
| Barracuda Networks, Inc. | N/A | 16/898,431 | METHOD AND APPARATUS FOR AUTONOMOUS IDENTIFICATION OF SIMILAR AND ADJACENT ATTACKS BASED ON DETECTED ATTACKS |
| Barracuda Networks, Inc. | N/A | 17/247,355 | SYSTEM AND APPARATUS FOR INTERNET TRAFFIC INSPECTION VIA LOCALIZED DNS CACHING |
| Barracuda Networks, Inc. | N/A | 17/247,356 | SYSTEM AND METHOD FOR DATA FILTERING IN MACHINE LEARNING MODEL TO DETECT IMPERSONATION ATTACKS |
| Barracuda Networks, Inc. | 10574676 | 15/727,488 | NETWORK TRAFFIC INSPECTION |
| Barracuda Networks, Inc. | 10404726 | 16/189,964 | NETWORK TRAFFIC INSPECTION |
| Barracuda Networks, Inc. | 11025655 | 16/508,970 | NETWORK TRAFFIC INSPECTION |
| Barracuda Networks, Inc. | N/A | 17/210,344 | NETWORK TRAFFIC INSPECTION |
| Barracuda Networks, Inc. | 10958662 | 16/751,183 | ACCESS PROXY PLATFORM |
| Barracuda Networks, Inc. | N/A | 16/788,202 | REVERSE TCP/IP STACK |

| Barracuda Networks, Inc. | 11134058 | 16/788,205 | NETWORK TRAFFIC INSPECTION |
|---|---|---|---|
| Barracuda Networks, Inc. | N/A | 17/407,523 | NETWORK TRAFFIC INSPECTION |
| Barracuda Networks, Inc. | N/A | 17/392,888 | SYSTEM AND METHOD FOR FIREWALL PROTECTION OF DYNAMICALLY INTRODUCED ROUTES |
| Barracuda Networks, Inc. | N/A | 17/465,572 | SYSTEM AND METHOD FOR IN DETECTION OF MALICIOUS BEHAVIOR IN SOFTWARE UPDATES TO PREVENT SOFTWARE SUPPLY CHAIN ATTACKS |
| Barracuda Networks, Inc. | N/A | 63/222,278 | SYSTEM AND METHOD FOR IN DETECTION OF MALICIOUS BEHAVIOR IN SOFTWARE UPDATES TO PREVENT SOFTWARE SUPPLY CHAIN ATTACKS |
| Barracuda Networks, Inc. | N/A | 17/684,826 | SYSTEM AND METHOD FOR APPLIANCE CONFIGURATION IDENTIFICATION AND PROFILE MANAGEMENT |
| Barracuda Networks, Inc. | N/A | 63/305,751 | SYSTEM AND METHOD FOR APPLIANCE CONFIGURATION IDENTIFICATION AND PROFILE MANAGEMENT |
| Barracuda Networks, Inc. | N/A | 63/307,825 | SYSTEM AND METHOD FOR CHECKING THE EXISTENCE OF AN IP ADDRESS IN A DATABASE |

| | | | |
|---|---|---|---|
| Barracuda Networks, Inc. | N/A | 63/305,761 | SYSTEM AND METHOD FOR AUTONOMOUS LICENSING OF MULTIPLE VIRTUAL APPLIANCES DURING BOOTUP PROCESS |
| Barracuda Networks, Inc. | 10834129 | 16/180,868 | METHOD AND APPARATUS FOR USER PROTECTION FROM EXTERNAL E-MAIL ATTACK |
| Barracuda Networks, Inc. | N/A | 17/079,073 | METHOD AND APPARATUS FOR USER PROTECTION FROM EXTERNAL E-MAIL ATTACK |
| Barracuda Networks, Inc. | N/A | 16/578,630 | DETECTION OF EXTERNAL MESSAGING ATTACKS USING TRUST RELATIONSHIPS |
| Barracuda Networks, Inc. | 7519727 | 11/311866 | BANDWIDTH MANAGEMENT ALGORITHM |
| Barracuda Networks, Inc. | 9472069 | 13/666879 | Detecting, recording, encrypting and uploading representations of events of interest via a single point of recordation terminal (port) |